ERR:hkp

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION
## CASE NO. 00-6012



MAGISTRATE JUDGE
SNOW

FILED by _____ D.C.

JAN 1 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

IN RE: GRAND JURY 98-02 FTL                )
_____)

## MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States

Attorney for the Southern District of Florida, hereby moves this Court for an order sealing the

Indictment, Penalty Sheet, Certificate of Trial Attorney, Arrest Warrant, Bond Recommendation

Sheet, this Motion to Seal, and Sealing Order (except for copies to be used by law enforcement

personnel during execution of their official duties in the investigation), and to order said items to

remain sealed in the custody of the Clerk of the Court until such time as the defendant has been

arrested. Sealing of the above-referenced documents is necessary because the defendant has not

yet been arrested and is unaware of the case against him. If the defendant were to learn that he is

named as a defendant, he might flee the jurisdiction.

WHEREFORE, the United States respectfully requests that this Court order that the Indictment, Penalty Sheet, Certificate of Trial Attorney, Arrest Warrant, Bond Recommendation Sheet, Motion to Seal, and this Sealing Order (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation) granting the same be SEALED until further order of this Court.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

Date: 1/10/00

By: _____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY
Court No. A500053
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel. (954) 356-7255, ext. 3514
Fax. (954) 356-7336