UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6012 CR-FERGUSON

21 U.S.C. 846
21 U.S.C. 841 (a)(1)
18 U.S.C. 2

MAGISTRATE JUDGE SNOW

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| ALPHONSO BROWN | ) |
| Defendant. | ) |

FILED by _____ D.C.

JAN 13 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about August 20, 1999, in Broward County, in the Southern District of Florida, the defendant,

**ALPHONSO BROWN,**

did knowingly and intentionally combine, conspire, confederate, and agree with persons unknown to the Grand Jury, to possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack" cocaine, in violation of Title 21, United States Code, Section 841 (a)(1).

All in violation of Title 21, United States Code, Section 846.



## COUNT II

On or about August 20, 1999 in Broward County, in the Southern District of Florida, the defendant,

**ALPHONSO BROWN,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
EDWARD R. RYAN
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA       CASE NO. _____

v.

ALPHONSO BROWN                 **CERTIFICATE OF TRIAL ATTORNEY***

**Court Division**: (Select One)

**Superseding Case Information**:
New Defendant(s)     Yes ___  No ___
Number of New Defendants ___
Total number of counts ___

___ Miami   ___ Key West
_X_ FTL     ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) _NO_
   List language and/or dialect  _English_

4. This case will take _1_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days      _X_        Petty     ___
   II   6 to 10 days     ___        Minor     ___
   III  11 to 20 days    ___        Misdem.   ___
   IV   21 to 60 days    ___        Felony    _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?(Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No If yes, was it pending in the Central Region? __ Yes __ No

   _____
   EDWARD R. RYAN
   ASSISTANT UNITED STATES ATTORNEY
   Court Bar No. A500053

*Penalty Sheet(s) attached                                          REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: ALPHONSO BROWN          No.:_____

Count # I:
Conspiracy to possess with Intent to Distribute Crack Cocaine; in violation of 21 USC 846

*Max Penalty: 5 years' minimum mandatory imprisonment; 40 years' maximum;
$2 Million fine

Count # II.
Possession with Intent to Distribute Crack Cocaine;
in violation of 21 USC 841 and 18 USC 2
*Max Penalty: 5 years' minimum mandatory imprisonment; 40 years' maximum;
$2 Million fine


Count # III:
_____

*Max Penalty:_____


Count #:
_____

*Max Penalty:_____


Count # :
_____

*Max Penalty:_____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

# BOND RECOMMENDATION SHEET

<u>　　　ALPHONSO BROWN　　　</u>
Defendant

$ Pretrial Detention is recommended.

_____
EDWARD RYAN
ASSISTANT UNITED STATES ATTORNEY
500 EAST BROWARD BOULEVARD, 7TH FL
FORT LAUDERDALE, FLORIDA 33394
COURT BAR NO. A500053
TELEPHONE: (954) 356-7255 EXT. 3514
FACSIMILE: (954) 356-7228

Address of Defendant:

Agent: Todd Phillips, DEA