UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

FILED by ___ D.C.

FEB 2 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NO. 00-6012-CR-FERGUSON/SNOW

IN RE: MOTION TO UNSEAL         :
INDICTMENT                      :
                                :

## MOTION TO UNSEAL

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the sealed indictment in the above-captioned case be unsealed. Defendant is aware he has been indicted and consequently there is no need for indictment to remain sealed.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

BY: _____
EDWARD R. RYAN (ABN 5500053)
ASSISTANT UNITED STATES ATTORNEY
500 EAST BROWARD BLVD., 7TH FL
FORT LAUDERDALE, FL 33394
TELEPHONE: (954) 356-7255X3514
FACSIMILE: (954) 356-7336

