**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

CASE NO. 00-6012-CR-FERGUSON/SNOW

IN RE: MOTION TO UNSEAL        :
INDICTMENT                     :

---

### ORDER TO UNSEAL

This cause comes before the Court on the government's Motion to Unseal. Considering the

grounds raised in the Motion, and the Court being otherwise advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is granted. The Clerk of the Court will

unseal the Indictment.

DONE AND ORDERED in chambers at Fort Lauderdale, Florida this 23rd day of February,

2000.


BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE


cc: AUSA EDWARD R. RYAN