AO 442 (Rev. 12/85) Warrant for Arrest    AUSA EDWARD RYAN    SPECIAL AGENT TODD PHILLIPS (305) 590-4451

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

ALPHONSO BROWN

**WARRANT FOR ARREST**

CASE NUMBER: 00-6012-CR-FERGUSON

MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ALPHONSO BROWN__
                                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to possess with Intent to Distribute Crack Cocaine and Possession with Intent to Distribute Crack Cocaine,

in violation of Title 21;18 United States Code, Section(s) 846;841(a)(1) ; 2.

CLARENCE MADDOX                                    COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                            Title of Issuing Officer

*(signature)* Jenny Butler                         January 13, 2000 Fort Lauderdale, Florida
Signature of Issuing Officer                       Date and Location

Bail fixed at $ Pretrial Detention *Requested*  by Lurana S. Snow, Chief United States Magistrate Judge
                                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at **Detainer pick up by USMS, Ocala, FL** |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/13/00 | Edward Stubbs, Acting US Marshal  S/D  FL | *(signed)* Barry Golden |
| DATE OF ARREST  8/22/02 | | Barry Golden, ASDUSM |