# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT:  ALPHONSO BROWN (airlift)        CASE NO:  00-6012-CR-FERGUSON

AUSA:  ED RYAN  *Dehmke*                ATTY:  *Bob Berube*

AGENT:                                  VIOL:  21:841 & 846

PROCEEDING:  I/A ON INDICTMENT          RECOMMENDED BOND:  PTD

BOND HEARING HELD - yes / no            COUNSEL APPOINTED:  FPD

BOND SET @:                             To be consigned by:

*FILED by ___ D.C.*
*SEP 10 2002*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. FT. LAUD.*

☐  Do not violate any law.

☐  Appear in court as directed.

☐  Surrender and / or do not obtain passports / travel documents.

☐  Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

☐  Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

☐  Maintain or seek full - time employment.

☐  No contact with victims / witnesses.

☐  No firearms.

☐  Curfew: _____

☐  Travel extended to: _____

☐  Halfway House _____

*Advised of Charges*
*sworn for counsel*

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 9-16 | 11 | SNOW ✓ | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 9-25 | 11 | Seltzer | |

DATE:  9/10/02    TIME:  11:00    FTL/LSS TAPE # 02 -  0 45    Begin:  487    End 659

*9*