UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6012-CR-FERGUSON

UNITED STATES OF AMERICA

vs

ALPHONSO BROWN

ARRAIGNMENT INFORMATION SHEET

FILED by D.C. SEP 10 2002 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on SEPTEMBER 10, 2002, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address: __CUSTODY__

                   Telephone: _____

DEFENSE COUNSEL:   Name: __FPD__

                   Address: _____

                   Telephone: _____

BOND SET/CONTINUED:  $_____

Bond hearing held: yes____ no _X_  Bond hearing set for __9-16-02__  PTD

Dated this __10TH__ day of __SEPTEMBER__, 2002.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
Deputy Clerk

Tape No. __02-045__

cc: Copy for Judge
    U. S. Attorney