# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

FILED by _____ D.C.
SEP 16 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DEFT: ALPHONSO BROWN (J)   CASE NO: 00-6012-CR-FERGUSON
AUSA: ED RYAN              ATTY: FPD - Nelson Marks
AGENT:                     VIOL:
PROCEEDING: PRETRIAL DETENTION HEARING   RECOMMENDED BOND:
BOND HEARING HELD - yes / no   COUNSEL APPOINTED: 150,000 PSB
BOND SET @: 150,000 PSB    To be cosigned by:

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☒ Rpt to PTS as directed or _____ x's a week/month by phone; _____ x's a week/month in person.

☒ Random urine testing by Pretrial Services. X
   Treatment as deemed necessary.

☒ Maintain or seek full - time employment. approved by PTS
   reside w/ mother

☐ No contact with victims / witnesses. except w/court approval to move

☐ No firearms.

Request for PTD w/drawn stipulated to 150,000 PSB

☐ Curfew: _____

☐ Travel extended to: _____

☐ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 9/16/02   TIME: 11:00   FTL/LSS TAPE # 02 - 047   Begin: 317   End: 456

16