

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

www.flmd.uscourts.gov

# MEMORANDUM

UNITED STATES OF AMERICA

-vs-   Case No. 5:01-m-36-Oc-GRJ

ALPHONSO BROWN

---

| | |
|---|---|
| DATE: | August 28, 2002 |
| TO: | United States District Court<br>Southern District of Florida<br>Office of the Clerk |
| FROM: | Maurya McSheehy, Courtroom Deputy for<br>Gary R. Jones, United States Magistrate Judge<br>(352) 369-4864<br>Golden-Collum Memorial Federal Building and U.S. Courthouse<br>207 N.W. Second Street<br>Ocala, Florida 34475 |
| SUBJECT: | Rule 40 Proceedings - Your Case No.:   00-6012-CR -Ferguson |

   The above-styled case originated in your division. Enclosed please find certified copies of the documents regarding proceedings held in the Middle District of Florida in Ocala, Florida wherein the following actions were taken:

| | |
|---|---|
| INITIAL APPEARANCE: | August 23, 2002 |
| RELEASE/DETENTION: | Defendant remanded to custody of U.S. Marshal pending detention hearing to be held in Southern District of Florida |
| SCHEDULED HEARING: | Upon notice. |
| CHARGING DOCUMENT: | Warrant for Arrest |

Kindly acknowledge receipt of this letter with the copy provided.

Enclosures

```
                                                              CLOSED
                    U.S. District Court
               Middle District of Florida (Ocala)

        CRIMINAL DOCKET FOR CASE #: 02-M -36-ALL


USA v. Brown                                    Filed: 08/23/02
Dkt# in other court: None

Case Assigned to:  Magistrate Judge Gary R. Jones

ALPHONSO BROWN (1)              Rick Carey
    defendant                    [term   08/28/02]
  [term   08/28/02]              [COR LD NTC]
                                 Federal Public Defenders Office
                                 201 SW 2nd St., Suite 102
                                 Ocala, FL 34474
                                 USA
                                 352/351-9157


Pending Counts:

    NONE


Terminated Counts:

    NONE



Complaints:

    NONE



U. S. Attorneys:

  David Rodney Brown
   [term   08/28/02]
   [COR LD NTC]
   U.S. Attorney's Office
   Middle District of Florida
   200 W. Forsyth St., Suite 700
   P.O. Box 600
   Jacksonville, FL 32201
   USA
   904/232-2682
```

CERTIFIED A TRUE COPY
SHERYL L. LOESCH. CLERK
U. S. DISTRICT COURT
By: [signature]
Deputy Clerk

Docket as of August 28, 2002 1:56 pm                    Page 1

```
Proceedings include all events.
5:02m 36-ALL   USA v. Brown                                              CLOSED

8/23/02   --    ARREST (RULE 40) of Alphonso Brown  from Southern District
                of Florida on charge(s) of conspiracy to possess with
                intent to distribute crack cocaine and possession with
                intent to distribute crack cocaine. (mam)
                [Entry date 08/28/02]

8/23/02   1     INITIAL APPEARANCE held on 8/23/02 before Magistrate Judge
                Gary R. Jones as to Alphonso Brown  Court Reporter: Tony
                Rolland Defendant(s) informed of rights. (mam)
                [Entry date 08/28/02]

8/23/02   2     CJA 23 FINANCIAL AFFIDAVIT by Alphonso Brown (mam)
                [Entry date 08/28/02]

8/23/02   3     WAIVER of rule 40 hearings by Alphonso Brown (mam)
                [Entry date 08/28/02]

8/23/02   4     ORDER appointing federal public defender for Alphonso Brown
                ( Signed by Magistrate Judge Gary R. Jones ) ctc (mam)
                [Entry date 08/28/02]

8/23/02   5     ORDER of removal pursuant to Rule 40 as to Alphonso Brown
                ( Signed by Magistrate Judge Gary R. Jones ) ctc (mam)
                [Entry date 08/28/02]

8/23/02   6     COMMITMENT to Southern District of Florida as to Alphonso
                Brown ( Signed by Magistrate Judge Gary R. Jones ) ctc (mam)
                [Entry date 08/28/02]

8/28/02   7     TRANSFER (RULE 40) to Southern District of Florida as to
                Alphonso Brown   Terminated defendant Alphonso Brown,
                plaintiff USA. (mam) [Entry date 08/28/02]
```

# FINANCIAL AFFIDAVIT

CJA 23
(Rev. 5/98)

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF USA VS. Alphonso Brown

FOR: AUG [date stamp] 2002
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

PERSON REPRESENTED (Show your full name): Alphonso Brown

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate: 5:02-m-36-OC-GRJ
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes ☐ No ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ THE SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT $ NO / MONEY / IN PRISON

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: _____
Creditors: _____
Total Debt: $ _____
Monthly Pay: $ _____

CERTIFIED A TRUE COPY
SHERYL L. LOESCH, CLERK
U.S. DISTRICT COURT
By _____ Deputy Clerk

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FILED IN OPEN COURT
OCALA, FLORIDA
AUG 23 2002
U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

-vs-

ALPHONSO BROWN

Case No. 5:02-m-36-Oc-GRJ

AUSA: D. Rodney Brown
Deft. Atty.: Rick Carey

| JUDGE: | Gary R. Jones | DATE AND TIME: | August 23, 2002 3:00 p.m. - 3:20 p.m. |
|---|---|---|---|
| DEPUTY CLERK: | Maurya McSheehy | TAPE/REPORTER: | Tony Rolland |
| INTERPRETER: | None required | PRETRIAL/PROBATION: | Donna Wiebe |

### CLERK'S MINUTES - INITIAL APPEARANCE (RULE 40)

Deft. arrested on __8/22/02__ on a Warrant from the Southern District of Florida.

Deft. advised of rights, charges, penalties and special assessment.

Deft. advised of rights under Rule 20.

Deft. requested Court to appoint counsel. Based on financial affidavit completed by deft./Deft. placed under oath. Court appoints __Rick Carey, FPD__ with **reimbursement upon filing by U.S. Attorney. ORDER TO ENTER.**

Deft. waived identity hearing. Order to Enter.

Govt. orally moved for detention. Court **GRANTED**.
**COMMITMENT TO ANOTHER DISTRICT TO ENTER.**

Deft. remanded to the custody of the U.S. Marshal.

**FILED IN OPEN COURT:**
Financial Affidavit,
Waiver of Rule 40 Hearings

CERTIFIED A TRUE COPY
SHERYL L. LOESCH, CLERK
U.S. DISTRICT COURT
By: _____
Deputy Clerk

cc: Donna DeNicola

Mr. Clarence Maddox
Clerk/Court Administrator
United States District Court
Federal Courthouse Square
301 North Miami Avenue
Miami, FL  33128-7788

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __FLORIDA__

FILED
2002 AUG 23 PM 6:42
CLERK, U.S. DISTRICT COURT
OCALA, FLORIDA

UNITED STATES OF AMERICA
V.
ALPHONSO BROWN

COMMITMENT TO ANOTHER DISTRICT

Case No. 5:02-m-36-Oc-GRJ

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 00-6012-CR-Ferguson | 5:02-m-36-Oc-GRJ | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
indictment

**charging a violation of**   21:   U.S.C. §   846; 841(a)(1); 2

**DISTRICT OF OFFENSE**
Southern District of Florida

**DESCRIPTION OF CHARGES:**

Conspiracy to possess with Intent to Distribute Crack Cocaine and Possession with Intent to Distribute Crack Cocaine

**CURRENT BOND STATUS:** Government moved for detention and defendant detained pending detention hearing in District of offense.

**Representation:** Federal Public Defender

**Interpreter Required?**   No interpreter necessary

**DISTRICT OF FLORIDA (MIDDLE)**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

CERTIFIED A TRUE COPY
SHERYL L. LOESCH, CLERK
U.S. DISTRICT COURT
By: _____
Deputy Clerk

August 23, 2002
Date

GARY R. JONES, UNITED STATES MAGISTRATE JUDGE

**RETURN**

This commitment was received and executed as

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FILED IN OPEN COURT
OCALA, FLORIDA
AUG 23 2002
U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

-vs-                                                                Case No. 5:02-m-36-Oc-GRJ

ALPHONSO BROWN

_____

### FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
### PURSUANT TO RULE 40, FED.R.CRIM.P.

**ALPHONSO BROWN**, having been arrested and presented before me for removal proceedings pursuant to Rule 40, Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5 (c) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance and Rule 40 proceedings were held on August 13, 2002.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that **ALPHONSO BROWN** is the person named in the warrant for arrest, a copy of which has been produced.

It is, therefore,

**ORDERED** that **ALPHONSO BROWN** be held to answer in the district court in which the prosecution is pending.

**DONE** and **ORDERED** in Chambers in Ocala, Florida, this 23rd day of August, 2002.

GARY R. JONES
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney (Brown)
United States Marshal
United States Probation
Counsel for Defendant (Carey)
Defendant c/o Counsel
Clerk, Southern District of Florida

CERTIFIED A TRUE COPY
SHERYL L. LOESCH, CLERK
U. S. DISTRICT COURT
By: _____
Deputy Clerk

5

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

```
FILED IN OPEN COURT
   OCALA, FLORIDA
     AUG 23 2002
   U. S. DISTRICT COURT
 MIDDLE DISTRICT OF FLORIDA
```

**UNITED STATES OF AMERICA**

-vs-                                                    Case No. 5:02-m-36-Oc-GRJ

**ALPHONSO BROWN**

### ORDER APPOINTING
### FEDERAL PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is appointed to represent the above named defendant for proceedings in this District in this case. The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Ocala, Florida on this 23rd day of August, 2002.

_____
GARY R. JONES
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney (Brown)
United States Marshal
United States Probation Office
Asst. Federal Public Defender (Carey)
Clerk, Southern District of Florida

CERTIFIED A TRUE COPY
SHERYL L. LOESCH. CLERK
U.S. DISTRICT COURT
By_____
      Deputy Clerk



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FILED IN OPEN COURT
OCALA, FLORIDA
AUG 23 2002
U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Case No. 5:02-m-36-Oc-GRJ

-vs-

ALPHONSO BROWN

WAIVER OF RULE 40 HEARINGS
(All Criminal Cases)

I understand that charges are pending in the Southern District of Florida, Fort Lauderdale Division, alleging violation of 21:18 U.S.C. § 846; 841(a)(1); 2, and that I have been arrested in this district and taken before a United States Magistrate Judge, who has informed me of the charge(s) and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;

- **Check one only** -

[✓] **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

(3) a preliminary examination (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

[ ] **PROBATION OR SUPERVISED RELEASE CASES:**

(3) a preliminary examination (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release; and
(4) a hearing under Rule 46(c), Fed.R.Crim.P., in which I have the burden of establishing my eligibility for release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

( ) preliminary examination

( ) identity hearing and have been informed I have no right to a preliminary examination

( ) identity hearing but request a preliminary examination be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where charges are pending against me.

CERTIFIED A TRUE COPY
SHERYL L LOESCH, CLERK
U. S. DISTRICT COURT
BY: _____
Deputy Clerk

_____
Defendant

8/23/02
Date

_____
Counsel for the Defendant

AO 466 (9/92) Waiver of Rule 40 Hearings