# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: ALPHONSO BROWN (no deft)   CASE NO: 00-6012-CR-Ferguson
AUSA: Ed Ryan /Powell/   ATTY: FPD Hurst for Marks
AGENT: _____   VIOL: _____
PROCEEDING: STATUS CONFERENCE   RECOMMENDED BOND: _____
BOND HEARING HELD - yes / no   COUNSEL APPOINTED: _____
BOND SET @: _____   To be cosigned by: _____

FILED by INTAKE D.C.
SEP 25 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ☐ Maintain or seek full-time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Discovery out today
no mots
plea possible
Gov't Ready
1 day trial

**NEXT COURT APPEARANCE:**   DATE:   TIME:   JUDGE:   PLACE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 9-25-02   TIME: 11:00 am BTD/BSS TAPE # 02- 669   Begin: 25   End: 59

ends 12:15 pm

20