UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6012-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

ALPHONSO BROWN,

        Defendant.

_____/



## STATUS REPORT

A status conference was held in this cause on September 25, 2002. At that conference, the parties informed the Court as follows:

1.     The Government today complied with its obligations under the Standing Discovery Order. The Government further represented that it is ready to proceed and that this matter will require one day to try.

2.     Defense counsel concurred with the Government's assessment. He further informed the Court that he does not yet know whether or not this matter will be resolved by way of a change of plea.

DATED at Fort Lauderdale, Florida this 25th day of September 2002.



BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Ed Ryan, Esquire
Assistant United States Attorney

Federal Public Defender
Attorney for Defendant