CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _TJS_ D.C.
OCT 28 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6012-CR-FERGUSON__   Date: __October 28, 2002__

Clerk: __Karen Gardner__   Reporter: __Jerry Reaves__

USPO: __N/A__   Interpreter: __N/A__

**UNITED STATES OF AMERICA vs.** __Alphonso Brown (B)__

AUSA: __Edward Ryan (Lynn Rosenthal for)__

Defendant(s) Counsel: __Nelson Marks (Patrick Hunt for)__

Defendant(s) Present __X__ Not Present ____ In Custody ____

Reason for hearing **CALENDAR CALL**

Result of hearing: __Remark CC?__
__defense counsel made request for pre-plea PSI; Court advised__
__counsel to ~~~~ review NCIC report b/f renewing request__

Case Continued to: __11/25/02__ Time: __3:15__ P.M. __Calendar Call__

22