FILED by ___ D.C.
OCT 31 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6012-CR-FERGUSON

UNITED STATES OF AMERICA,
        Plaintiff,
Vs.

ALPHONSO BROWN

        Defendant.
_____/

## NOTICE OF CRIMINAL TRIAL

**PLEASE TAKE NOTICE** that the above-entitled cause is hereby set for **Criminal Jury Trial** before the Honorable **Wilkie D. Ferguson, Jr.,** Judge for the United States District Court, Southern District of Florida, at **299 East Broward Boulevard, Second Floor, Courtroom 207A, Fort Lauderdale, Florida,** during the two-week period commencing **Monday, December 2, 2002, and Calendar Call is scheduled for 3:15 p.m. on Monday, November 25, 2002**.

The Court finds that the interest of justice served by granting a continuance to allow counsel for both parties reasonable time necessary for effective preparation for trial outweighs any interest of the public or the defendant in a speedy trial. The Court finds the period of delay from (10/28/02 to 11/25/02) excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161 (h)(B)(iv).

**DONE AND ORDERED** at Fort Lauderdale, Florida this ___31st___ day of October 2002.

                                          KAREN GARDNER
                                          DEPUTY CLERK

copies:
Edward Ryan, AUSA,
Neison Marks, AFPD

