## AMENDED CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



HONORABLE   WILKIE D. FERGUSON, JR.   Presiding

Case No. 00-6012-CR-FERGUSON         Date: November 25, 2002

Clerk: Karen Gardner              Reporter: Carleen Horenkamp

USPO: N/A                         Interpreter: N/A

**UNITED STATES OF AMERICA vs.** ALPHONSO BROWN (B)

AUSA: ~~Edward Ryan~~ Kathleen Rice

Defendant(s) Counsel: Neison Marks, AFPD

Defendant(s) Present_____ Not Present _X_ In Custody_____

Reason for hearing: Calendar Call

Result of hearing: Case may be a plea. Issues being resolved as to sentencing guidelines. Motion for pre-plea report pending. Issue of sentence other than career offender - to be addressed by U.S. atty as next calendar call.

Case Continued to: 2/3/03   Time: 3:15 P.M. Calendar Call.

