UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6012-CR-FERGUSON

UNITED STATES OF AMERICA,
    Plaintiff,
Vs.

ALPHONSO BROWN
    Defendant.
_____/

## NOTICE OF CRIMINAL TRIAL

**PLEASE TAKE NOTICE** that the above-entitled cause is hereby set for **Criminal Jury Trial** before the Honorable **Wilkie D. Ferguson, Jr.**, Judge for the United States District Court, Southern District of Florida, at **299 East Broward Boulevard, Second Floor, Courtroom 207A, Fort Lauderdale, Florida**, during the two-week period commencing **Monday, February 10, 2003, and Calendar Call is scheduled for 3:15 p.m. on Monday, February 3, 2003**.

The Court finds that the interest of justice served by granting a continuance to allow counsel for both parties reasonable time necessary for effective preparation for trial outweighs any interest of the public or the defendant in a speedy trial. The Court finds the period of delay from (11/25/02 to 02/10/03) excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161 (h)(B)(iv).

**DONE AND ORDERED** at Fort Lauderdale, Florida this _26th_ day of November 2002.

_____
KAREN GARDNER
DEPUTY CLERK

copies:

Edward Ryan, AUSA
Neison Marks, AFPD