PS 8
(5/02)

# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6012-CR-FERGUSON

United States of America

Vs

Alphonso Brown



## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW Kenneth H. Goldberg, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Alphonso Brown, who was placed under pretrial release supervision by the Honorable Lurana S. Snow sitting in the Court at Fort Lauderdale, on September 16, 2002, under the following conditions:

- Report to Pretrial Services as directed
- Submit to substance abuse testing and or treatment as directed by Pretrial Services
- Maintain and actively seek full-time employment by Pretrial Services
- Reside with mother and do not move without the permission of the Court

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

The defendant submitted a urinalysis test which was confirmed positive by Pharm-Chem Laboratories for the presence of Cocaine, and the defendant was arrested on December 17, 2002, by the Fort Lauderdale Police Department, for Possession of Cocaine, Battery on Officer, Loitering/Prowling, and Obstruct without Violence (2 cts), Case #02-021046CF10A, which violates Standard Bond Condition #5, Shall not commit any act in violation of state or federal laws.

PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED FOR THE DEFENDANT'S ARREST AND A HEARING BE HELD TO DETERMINE WHETHER THE DEFENDANT'S BOND SHOULD BE REVOKED.

ORDER OF COURT

Considered and ordered this  6th  day of  Jan. , 20 03 and ordered filed and made a part of the records in the above case.

_Lurana S. Snow_
U.S. Magistrate Judge
Honorable Lurana S. Snow

Respectfully,

U.S. Pretrial Services Officer
Kenneth H. Goldberg

Place: Fort Lauderdale

Date: December 23, 2002