# United States District Court
## for the
## Southern District of Florida

Case No. 00-6012-CR-FERGUSON-CR-(USDJ last name/USMJ last name)

United States of America
      v
Alphonso Brown

## WARRANT FOR ARREST

**To:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Alphonso Brown_____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  **X** Pretrial Violation Petition

charging him or her with (brief description of offense)

in violation of Title ___18___ United States Code, Section(s) ___3142___

Bond recommendation from requesting official   Kenneth H. Goldberg, United States Pretrial Services Officer

Bail fixed at $ __No bond-Detain__     by     Honorable Lurana S. Snow
                                                                           Name of Judicial Officer

*Lurana S. Snow* (signature)     1-6-03  ~~December 23, 2002~~ at Fort Lauderdale, FL
Signature of Issuing Judicial Officer     Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

cc: U.S. Pretrial Services Office
    U.S. Marshal Service


