UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6012-CR-FERGUSON



UNITED STATES OF AMERICA,   :

    Plaintiff,   :

vs.   :

ALPHONSO BROWN,   :

    Defendant.   :
_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED
## MOTION FOR A PRE-PLEA PRESENTENCE REPORT

THIS CAUSE having come before the Court on Defendant's Unopposed Motion for a Pre-Plea Presentence Report and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's unopposed motion for a pre-plea presentence report is hereby GRANTED. The trial is rescheduled to _____.

DONE AND ORDERED at Fort Lauderdale, Florida, this 25th day of Nov., 2002.

                                                                 WILKIE D. FERGUSON
                                                                  UNITED STATES DISTRICT JUDGE

cc:    Neison M. Marks, AFPD
        Edward Ryan, AUSA

