## CRIMINAL MINUTES



FEB 3

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE    WILKIE D. FERGUSON, JR.    Presiding

Case No.  00-6012-CR-FERGUSON    Date: February 3, 2003

Clerk:  Karen Gardner    Reporter: Carleen Horenkamp

USPO:    N/A    Interpreter:    N/A

**UNITED STATES OF AMERICA vs.** ALPHONSO BROWN

AUSA: Lynn Rosenthal (For Ed Ryan)

Defendant(s) Counsel: Neison Marks, AFPD

Defendant(s)  Present_____  Not Present____  In Custody_____

Reason for hearing: **CALENDAR CALL**

Result of hearing: The case will proceed to trial during the first week of this trial period.

Case Continued to: 2/10/03    Time: 2:00 P.M.    TRIAL

