FILED by ___ D.C.
FEB 04 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
Plaintiff,

Vs.                                                    Case No. 00-6012-CR- FERGUSON
ALPHONSO BROWN
Defendant.
_____/

## NOTICE OF CRIMINAL TRIAL

PLEASE TAKE NOTICE that the above-entitled cause is hereby set for **Criminal Jury Trial** before the Honorable **Wilkie D. Ferguson, Jr.**, Judge for the United States District Court, Southern District of Florida, at **299 East Broward Boulevard, Second Floor, Courtroom 207A, Fort Lauderdale, Florida**, for Monday, **February 10, 2003 at 2:00 p.m.**. Parties should come ready to proceed for trial. In addition, parties shall provide Judge Ferguson a copy of their jury instructions in print and electronic format at the start of trial.

**DONE AND ORDERED** at Fort Lauderdale, Florida this 4th day of February 2003.

_____
KAREN GARDNER
DEPUTY CLERK

cc:
Edward Ryan, AUSA,
Neison Marks, AFPD

31