

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6012-CR-FERGUSON

UNITED STATES OF AMERICA )
                         )
         Plaintiff,      )
    v.                   )
                         )
ALPHONSO BROWN           )
                         )
         Defendant.      )
_____/

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses the indictment against, ALPHONSO BROWN defendant.

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

Leave of court is granted for the filing of the foregoing dismissal.

_____
WILKIE D. FERGUSON, JR
UNITED STATES DISTRICT JUDGE

DATE: Feb. 24, 2003

cc: AUSA Edward R. Ryan
    Clerk of the Court
    U.S. Marshal's Service (Warrant Squad)