PS 8
(5/02)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF FLORIDA



Case No. 00-6012-Cr-Ferguson

United States of America
Vs
Alphonso Brown

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW , James T. Jamros, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Alphonso Brown, who was placed under pretrial release supervision by the Honorable Lurana S. Snow, sitting in the Court at Ft. Lauderdale, on September 16, 2002, under the following conditions:

Report to PTS as directed, drug testing and treatment, maintain employment, reside with mother.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

On February 24, 2003, pursuant to rule 48(a) of the Federal Rules of Criminal Procedure, the U.S. Attorney's Office dismissed the indictment in case 00-6012-Cr-Ferguson, against Alphonso Brown and the order was granted by Judge Ferguson.

PRAYING THAT THE COURT WILL ORDER THE PETITION AND WARRANT PREVIOUSLY ISSUED ON JANUARY 6, 2003 FOR VIOLATION OF BOND IN CASE 00-6012-CR-FERGUSON BE DISMISSED.

ORDER OF COURT

Considered and ordered this _____ day of _____ , 20 ___ and ordered filed and made a part of the records in the above case.

_____
Hon. Lurana S. Snow
U.S. District Judge/Magistrate

Respectfully,

_____
James T. Jamros, Supervisory
U.S. Pretrial Services Officer

Place: Ft. Lauderdale, Florida

Date: <u>February 28, 2003</u>

