# United States District Court
## for the
## Southern District of Florida

Case No. 00-6012-CR-FERGUSON-CR-(USDJ last name/USMJ last name)

United States of America
v
Alphonso Brown

# WARRANT FOR ARREST

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____Alphonso Brown_____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  **X** Pretrial Violation Petition

charging him or her with (brief description of offense)

in violation of Title ___18___ United States Code, Section(s) ___3142___

Bond recommendation from requesting official ___Kenneth H. Goldberg, United States Pretrial Services Officer___

Bail fixed at $ __No bond-Detain__                               by      Honorable Lurana S. Snow
                                                                           Name of Judicial Officer

_Lurana S. Snow_                                                  1-6-03
Signature of Issuing Judicial Officer                             ~~December 23, 2002~~ at Fort Lauderdale, FL
                                                                  Date and Location

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at warrant returned unexecuted per order of the court- dismissed 3/11/2003 |||
| DATE RECEIVED 1/6/03 | NAME AND TITLE OF ARRESTING OFFICER Edward Stubbs, acting USM SD/FL | SIGNATURE OF ARRESTING OFFICER Glen Wilner, SDUSM |
| DATE OF ARREST | | |

cc:  U.S. Pretrial Services Office
     U.S. Marshal Service

34

PS 8
(5/02)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6012-Cr-Ferguson

United States of America
   Vs
Alphonso Brown

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW, James T. Jamros, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Alphonso Brown, who was placed under pretrial release supervision by the Honorable Lurana S. Snow, sitting in the Court at Ft. Lauderdale, on September 16, 2002, under the following conditions:

Report to PTS as directed, drug testing and treatment, maintain employment, reside with mother.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

On February 24, 2003, pursuant to rule 48(a) of the Federal Rules of Criminal Procedure, the U.S. Attorney's Office dismissed the indictment in case 00-6012-Cr-Ferguson, against Alphonso Brown and the order was granted by Judge Ferguson.

PRAYING THAT THE COURT WILL ORDER THE PETITION AND WARRANT PREVIOUSLY ISSUED ON JANUARY 6, 2003 FOR VIOLATION OF BOND IN CASE 00-6012-CR-FERGUSON BE DISMISSED.

ORDER OF COURT

Considered and ordered this _11_ day of _March_, 20_03_ and ordered filed and made a part of the records in the above case.

_Lurana S. Snow_
Hon. Lurana S. Snow
U.S. District Judge/Magistrate

Respectfully,

_James T. Jamros_
James T. Jamros, Supervisory.
U.S. Pretrial Services Officer

Place: Ft. Lauderdale, Florida
Date: February 28, 2003